AO 440 (Rev. 8/01) Summons in a Civil Action

**JUDGE SWAIN**

## UNITED STATES DISTRICT COURT

Southern    District of    New York

PETER D. HETTINGER AND PDH
ASSOCIATES, LLC

V.

NOEL KLEINMAN, REID KLEINMAN, ALPHA
BEAUTY WHOLESALERS, INC. and ALPHA
BEAUTY DISTRIBUTORS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08-cv-

**08 CIV 6466**

TO: (Name and address of Defendant)

Noel Kleinman
345 East 80th Street, 21C
New York, New York 10075

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Pizzi, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         JUL 2 1 2008

CLERK                                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 7-24-08 |
| NAME OF SERVER (PRINT) Robert Duchak | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8101- Tonnelle Ave, North Bergen, NJ At 11:00 AM Noel Kleinman

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08
           Date                Signature of Server

55 Belmont Drive
Address of Server
Livingston, NJ 07039

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.