JUDGE SWAIN

⨀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern         District of         New York

PETER D. HETTINGER AND PDH
ASSOCIATES, LLC

V.

NOEL KLEINMAN, REID KLEINMAN, ALPHA
BEAUTY WHOLESALERS, INC. and ALPHA
BEAUTY DISTRIBUTORS, INC.

SUMMONS IN A CIVIL ACTION

08 CIV 6466

CASE NUMBER:  08-cv-

TO: (Name and address of Defendant)

Reid Kleinman
525 East 82nd Street, 12F
New York, New York 10028-7159

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Pizzi, Esq.
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 2 1 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-24-08 |
| NAME OF SERVER (PRINT) Robert Duchok | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 8101 - Tonnelle Ave. North Bergen, NJ

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Noel Kleiman Accepted

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08
*Date*

*Signature of Server* Robert A. Duchok

*Address of Server* 55 Belmont Drive
Livingston, NJ. 07039

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.