Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 533-4221
Facsimile: (973) 535-9217
ppizzi@connellfoley.com

Attorneys for Plaintiff Peter D. Hettinger and PDH Associates, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D. HETTINGER and PDH ASSOCIATES, LLC,<br><br>     Plaintiffs,<br><br>- against -<br><br>NOEL KLEINMAN, REID KLEINMAN, and ALPHA BEAUTY DISTRIBUTORS, INC.,<br><br>     Defendants. | Civil Action No. 08-cv-6466(LTS)(HBP)<br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Peter J. Pizzi of CONNELL FOLEY LLP appears as counsel of record to plaintiffs Peter D. Hettinger and PDH Associates, Inc. and requests that service upon plaintiffs defendant Peter D. Hettinger and PDH Associates, Inc. of all papers and notices of all proceedings in the above action be sent to the undersigned electronically by ECF.

New York, New York
Dated: July 30, 2008      CONNELL FOLEY LLP


              By: /s/ Peter J. Pizzi
                 Peter J. Pizzi
              A Member of the Bar of This Court

              Attorneys for Plaintiff Peter D. Hettinger and PDH Associates, Inc.

1969774-01

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2008, I electronically filed a Notice of Appearance with the Clerk of the Court. I further certify that the foregoing was sent via United States mail, first class, postage prepaid, to:

  Noel Kleinman
  345 East 80th Street, 21C
  New York, NY  10075

  Reid Kleinman
  525 East 82nd Street, 12F
  New York, NY  10028-7159

  Alpha Beauty Distributors, Inc.
  8101 Tonnelle Avenue
  North Bergen, NJ  07047

                */s/ Peter J. Pizzi*
Dated:  July 30, 2008            Peter J. Pizzi