UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER D. HETTINGER AND PDH ASSOCIATES, LLC

        Plaintiffs,

  -v-                                 Case No. 08 CV 6466 (LTS)

NOEL KLEINMAN, REID KLEINMAN, ET AL        **RULE 7.1 STATEMENT**

Defendants,_____

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NOEL KLEINMAN, REID KLEINMAN, ALPHA BEAUTY WHOLESALERS, INC, and ALPHA BEAUTY DISTRIBUTORS, INC.  (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

Date: August 20, 2008

                                                      _____
                                                      Signature of Attorney

                                                      **Attorney Bar Code: SG-2500**