```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PETER D. HETTINGER, et al.,         :

                Plaintiffs,         :    08 Civ. 6466 (HBP)

     -against-                      :    SCHEDULING ORDER

NOEL KLEINMAN, et al.,              :

                Defendants.         :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A final pretrial conference having been held in this matter on November 4, 2009, with the consent of counsel, it is hereby ORDERED that:

    1. The trial of this matter will commence on January 25, 2010 at 10:00 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    2. Trial memoranda of no more than 15 pages on length shall be served and filed no later than January 19, 2010.

    3. Motions in limine, if any shall be served ad filed no later than January 12, 2010. Opposition papers shall be served and filed no later than January 19, 2010.

      4. If they have not already done so, counsel should pre-mark and exchange copies of all exhibits they intend to use in support of their direct case.

Dated: New York, New York
       November 9, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Peter J. Pizzi, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068-3702

Martin Saperstein, Esq.
Stanley R. Goodman, Esq.
Goodman & Saperstein
Suite 412B
100 Garden City Plaza
Garden City, New York 11530

Paul F. Carvelli. Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C.
1325 Sixth Avenue
New York, New York 10017