```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PETER D. HETTINGER, et al.,          :
                    Plaintiffs,      :   08 Civ. 6466 (HBP)
        -against-                    :   OPINION
                                         AND ORDER
NOEL KLEINMAN, et al.,               :
                    Defendants.      :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

By Order of even date, I directed the parties to submit additional evidence with respect to the proper measure of Peter Hettinger's actual loss because of Noel and Reid Kleinmans' breach of the implied warranty of authority and the reasonable value of Hettinger's services to the Kleinmans under an unjust enrichment theory. Plaintiffs are directed to make such submissions no later than September 17, 2010. Defendants shall submit any response no later than October 20, 2010.

Dated:  New York, New York
        August 17, 2010

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Peter J. Pizzi, Esq.
Connell Foley, LLP
888 7th Avenue
New York City, New York 10106

Stanley R. Goodman, Esq.
Suite 412B
Goodman & Saperstein
100 Garden City Plaza
Garden City, New York 11530

Paul F. Carvelli, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C.
805 Third Avenue, 12th Floor
New York, New York 10022